1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

11   WILLIAM CONEY,                    )   NO. CV 12-4405 SVW (AS)
                                       )
12                   Plaintiff,        )
                                       )
13            v.                       )        **JUDGMENT**
                                       )
14   LEROY BACA, et. al.,              )
                                       )
15                   Defendants.       )
     ──────────────────────────────────)
16

17        Pursuant to the Court's Order Accepting Findings, Conclusions and

18   Recommendations of United States Magistrate Judge,

19

20        IT IS ADJUDGED that the above-captioned action is dismissed  with

21   prejudice.

22

23        DATED: March 31, 2014.

24

25

26        _____

27              STEPHEN V. WILSON
            UNITED STATES DISTRICT JUDGE

28